IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.3:09cr35TSL-JCS

RHONDA G. TOBIAS a/k/a
RHONDA G. FERGUSON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the Count 2 of the Indictment against the defendant, RHONDA G. TOBIAS..

DONALD R. BURKHALTER
United States Attorney

By:  *s/ Mary Helen Wall*
MARY HELEN WALL
Assistant United States Attorney
MS Bar # 100857

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5th day of November, 2009.

/s/Tom S. Lee

UNITED STATES DISTRICT JUDGE